# EXHIBIT B

Case 1:25-cv-00837-ACR Document 10 Filed 05/08/25 Page 1 of 1

CO 939
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

HUTAN
Plaintiff(s)

vs.

Civil Action No.: 1:25-cv-00837

THE ISLAMIC REPUBLIC OF IRAN et al
Defendant(s)

## CERTIFICATE OF CLERK

I hereby certify under penalty of perjury, that on the 8 day of May, 2025, I dispatched for mailing:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: /s/ Dwight Patterson
Deputy Clerk

**Registered No.** RA65057...

**Date Stamp** 0216 45 — WASHINGTON DC 20210 — FRANCES PERKINS STATION — MAY 2025

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $17.53 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $21.75 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ $0.00 | $ $39.28 | |
| Customer Must Declare Full Value $ $0.00 | Received by 05/07/2025 | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: JD Katz, P.C. / 4800 Montgomery Ln / Ste 600 / Bethesda, MD 20814

TO: Ministry of Intelligence + Security of Islamic Republic of Iran / c/o Ministry of Foreign Affairs Khomeni Ave / United Nations Street / Tehran, Iran

PS Form **3806, Registered Mail Receipt** *Copy 1 - Customer*
April 2015, PSN 7530-02-000-9051 *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**Registered No.** ...US

**Date Stamp** 0216 45 — WASHINGTON DC 20210 — FRANCES PERKINS STATION — MAY 2025

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $17.53 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $21.75 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ $0.00 | $ $39.28 | |
| Customer Must Declare Full Value $ $0.00 | Received by 05/07/2025 | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: JD Katz, P.C. / 4800 Montgomery Ln / Ste 600 / Bethesda MD 20814

TO: The Islamic Republic of Iran / c/o Ministry of Foreign Affairs / Khomeni Ave; United Nations St / Tehran, Iran

PS Form **3806, Registered Mail Receipt** *Copy 1 - Customer*
April 2015, PSN 7530-02-000-9051 *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

---

**Registered No.** RA650571007US

**Date Stamp** 0216 45 — WASHINGTON DC 20210 — FRANCES PERKINS STATION — MAY 2025

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $17.53 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $21.75 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ $0.00 | $ $39.28 | |
| Customer Must Declare Full Value $ $0.00 | Received by 05/07/2025 | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: JD Katz P.C / 4800 Montgomery Ln / Ste 600 / Bethesda, MD 20814

TO: Does 1-50 / c/o Ministry of Foreign Affairs Khomeni Ave / United Nations Street / Tehran, Iran

PS Form **3806, Registered Mail Receipt** *Copy 1 - Custor*
April 2015, PSN 7530-02-000-9051 *(See Information on Re*
For domestic delivery information, visit our website at *www.usps.com*

---

**Registered No.** RA650571024US

**Date Stamp** 0216 45 — WASHINGTON DC 20210 — FRANCES PERKINS STATION — MAY 2025

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $17.53 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $21.75 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ $0.00 | $ $39.28 | |
| Customer Must Declare Full Value $ $0.00 | Received by 05/07/2025 | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: JD Katz P.C. / 4800 Montgomery Ln / Ste 600 / Bethesda MD 20814

TO: Revolutionary Guard Corps / c/o Ministry of Foreign Affairs Khomeni Ave / United Nations Street / Tehran, Iran

PS Form **3806, Registered Mail Receipt** *Copy 1 - Custom*
April 2015, PSN 7530-02-000-9051 *(See Information on Revers*
For domestic delivery information, visit our website at *www.usps.com* ®

25cv 887

UNITED STATES POSTAL SERVICE.

FRANCES PERKINS
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210-0002
(800)275-8777

05/07/2025 04:17 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail Intl™ Large Envelope (Flat) | 1 | | $17.53 |
| Iran (Islamic Republic of) | | | |
| Weight: 0 lb 13.20 oz | | | |
| Registered | | | $21.75 |
| Amount: $0.00 | | | |
| Tracking #: RA650570995US | | | |
| Total | | | $39.28 |
| First-Class Mail Intl™ Large Envelope (Flat) | 1 | | $17.53 |
| Iran (Islamic Republic of) | | | |
| Weight: 0 lb 13.50 oz | | | |
| Registered | | | $21.75 |
| Amount: $0.00 | | | |
| Tracking #: RA650571007US | | | |
| Total | | | $39.28 |
| First-Class Mail Intl™ Large Envelope (Flat) | 1 | | $17.53 |
| Iran (Islamic Republic of) | | | |
| Weight: 0 lb 13.20 oz | | | |
| Registered | | | $21.75 |
| Amount: $0.00 | | | |
| Tracking #: RA650571015US | | | |
| Total | | | $39.28 |
| First-Class Mail Intl™ Large Envelope (Flat) | 1 | | $17.53 |
| Iran (Islamic Republic of) | | | |
| Weight: 0 lb 13.30 oz | | | |
| Registered | | | $21.75 |
| Amount: $0.00 | | | |
| Tracking #: RA650571024US | | | |
| Total | | | $39.28 |

Grand Total: $157.12

Credit Card Remit $157.12
Card Name: AMEX
Account #: XXXXXXXXXXX1168
Approval #: 849223
Transaction #: 621
AID: A000000025010801 Chip