**Jeffrey D. Katz (Bar No. 17071)**
**Jeffrey@jdkatz.com**
**JDKATZ, PC**
**4800 Montgomery Lane, Suite 600**
**Bethesda, MD 20814**
**240-743-5408(443) 645-6374 (Facsimile)**
**Attorneys for Plaintiff**
**TUGHAVI HUTAN**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**HUTAN** :

**Plaintiff,** :

**v.** : **Civil Action No.** 1:25-cv-000837

**THE ISLAMIC REPUBLIC OR IRAN:**
**et at.**
**Defendants** :

:

---

**ORDER**

Upon consideration of Plaintiff's Motion for Alternative Service by Electronic Mail and to Deem Service Complete Upon Defendants, the U.S. Department of State's correspondence dated March 11, 2026, confirming that the Swiss Embassy's Foreign Interests Section in Tehran is temporarily closed and that service upon Iranian defendants under 28 U.S.C. § 1608(a)(4) is not possible at this time, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion is GRANTED; and it is further

**ORDERED** that Plaintiff is authorized to effectuate service of process upon Defendants Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Ministry of Intelligence and Security by electronic mail to the Permanent Mission of the Islamic Republic of Iran to the United Nations at iran@un.int; and it is further

**ORDERED** that service shall be deemed complete upon Plaintiff's transmission of the summons, complaint, and all required notices by electronic mail to the above address, together with a Farsi translation of each document; and it is further

**ORDERED** that Plaintiff shall file a certificate of service within seven (7) days of effectuating service; and it is further

**ORDERED** in the alternative that, if service by electronic mail cannot be effectuated within thirty (30) days of the date of this Order, service shall be deemed complete upon all Defendants pursuant to *Flatow v. Islamic Republic of Iran*, 999 F. Supp. 1 (D.D.C. 1998), and *Weinstein v. Islamic Republic of Iran*, 184 F. Supp. 2d 13 (D.D.C. 2002).

**SO ORDERED.**

Dated: _______________

_________________________
ANA C. REYES
United States District Judge