# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUTAN TAGHAVI**<br>**Plaintiff**<br><br>**vs**<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al**<br>**Defendant** | **Case Number: 1:25-cv-00837-ACR** |

## AFFIDAVIT OF ELECTRONIC SERVICE

Now comes Rita L. Berzins the undersigned and does hereby swear and affirm, affidavit is a Private Process server and disinterested person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Gaithersburg, MD.

I, Rita L. Berzins certify that on **April 17, 2026 at 12:50 p.m.** I emailed a copy of the within Summons, Notice of Electronic Filing (Alternative Service via E-mail Granted), Civil Cover Sheet, Complaint (English version), Complaint (translated version) to The Islamic Revolutionary Guard Corps c/o Ministry of Foreign Affairs, in the following manner.

**(XX) EMAIL SERVICE:** Through Electronic Delivery of each document on **April 17, 2026 at 12:50 p.m. a** true copy to the party named herein, **The Islamic Revolutionary Guard Corps c/o Ministry of Foreign Affairs** at **iran@un.int><info@mfa.gov.ir**.

See Attached the RPost Acknowledgment - Proof of Sending (Exhibit A)

June 17, 2026
*Date*

85696

**Rita L. Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222