## Assistant 1

| | |
|---|---|
| **From:** | Acknowledgement <acknowledge@r1.rpost.net> |
| **Sent:** | Friday, April 17, 2026 12:51 PM |
| **To:** | Assistant 1 |
| **Subject:** | Ack: In re: US District Court for DC C.A. No. 1:25-cv-00837-ACR Hutan Taghavi v. The Islamic Republic of Iran, et al. |

### RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| Categories | Message Details | |
|---|---|---|
| **To:** | <iran@un.int> <info@mfa.gov.ir> | |
| **Cc:** | <jeffrey@jdkatz.com> | |
| **Subject:** | In re: US District Court for DC C.A. No. 1:25-cv-00837-ACR Hutan Taghavi v. The Islamic Republic of Iran, et al. | |
| **Received by RMail:** | (UTC) 04/17/2026 04:50:30 PM | (Local) 04/17/2026 12:50:30 PM |
| **Tracking Number:** | 315C3B1891B49722FB839386B448AE35EFF3A0A6 | |
| **Client Code:** | | |
| **Features Used:** | | |

**Notes:**
1. *UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com. An RPost® Technology

EXHIBIT A