**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**HUTAN** :

**Plaintiff,** :

**v.** : **Civil Action No.** 1:25-cv-000837

**THE ISLAMIC REPUBLIC OR IRAN:**
**et at.**
**Defendants** :

---

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I, Jeffrey D. Katz, hereby certify under penalty of perjury, this 18th day of June, that I am the attorney of record for Plaintiff in the above-entitled case, and that the following is true and correct to the best of my knowledge, information, and belief:

1. Defendants **Islamic Republic of Iran**, **Islamic Revolutionary Guard Corps**, and **Ministry of Intelligence and Security of the Islamic Republic of Iran** (collectively, "Defendants") were served with process by electronic mail on **April 17, 2026**, pursuant to the Court's Minute Order entered April 16, 2026, granting Plaintiff's Motion for Alternative Service [ECF No. 10].

2. The Court's Minute Order authorized alternative service pursuant to 28 U.S.C. § 1608(b)(3)(C), finding good cause based on the unavailability of service through foreign mail via the Clerk of Court, diplomatic channels, and physical delivery. See Minute Order (Apr. 16, 2026) (Reyes, J.) The Court found that service by email was reasonably calculated to give actual notice to Defendants.

3. On April 17, 2026, in accordance with the Court's Minute Order, Plaintiff effected alternative service by delivering copies of the Summons and Complaint, together with certified

Farsi translations thereof, upon each Defendant by electronic mail to iran@un.int, the official electronic mail address for the Permanent Mission of the Islamic Republic of Iran to the United Nations.

4. No appearance has been entered by any Defendant in this case; no pleading has been filed by any Defendant, and none has been served upon the attorney for Plaintiff.

5. No extension of time to plead or otherwise respond has been agreed upon or granted, and the time for Defendants to answer or otherwise respond to the Complaint has expired.

6. Upon information and belief, no Defendant is an infant or an incompetent person. The Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1330, 1602 et seq., does not implicate the Servicemembers Civil Relief Act, and no Defendant is a member of the United States military.

WHEREFORE, the undersigned attorney for Plaintiff respectfully requests that the Clerk of the Court enter a Default against Defendants **Islamic Republic of Iran**, **Islamic Revolutionary Guard Corps**, and **Ministry of Intelligence and Security of the Islamic**

Respectfully submitted,

/s/Jeffrey D. Katz

Jeffrey D. Katz Bar# 17071
JDKatz, P.C.
4800 Montgomery Avenue, Suite 600
Bethesda, MD 20814
Phone: (240) 743-5408
Email: Jeffrey@JDKatz.com
Attorney for Plaintiff Sayavash Mahvi