# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**HUTAN TAGHAVI**
**Plaintiff**

**vs**

**THE ISLAMIC REPUBLIC OF IRAN, et al**
**Defendant**

**Case Number: 1:25-cv-00837-ACR**

## AFFIDAVIT OF ELECTRONIC SERVICE

Now comes Rita L. Berzins the undersigned and does hereby swear and affirm, affidavit is a Private Process server and disinterested person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Gaithersburg, MD.

I, Rita L. Berzins certify that on **April 17, 2026 at 12:50 p.m.** I emailed a copy of the within Summons, Notice of Electronic Filing (Alternative Service via E-mail Granted), Civil Cover Sheet, Complaint (English version), Complaint (translated version) to The Islamic Revolutionary Guard Corps c/o Ministry of Foreign Affairs, in the following manner.

**(XX) EMAIL SERVICE:** Through Electronic Delivery of each document on **April 17, 2026 at 12:50 p.m. a** true copy to the party named herein, **The Islamic Revolutionary Guard Corps c/o Ministry of Foreign Affairs** at **iran@un.int><info@mfa.gov.ir**.

See Attached the RPost Acknowledgment - Proof of Sending (Exhibit A)

June 17, 2026
*Date*

85696

Rita Berzins

**Rita L. Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

## Assistant 1

| | |
|---|---|
| **From:** | Acknowledgement <acknowledge@r1.rpost.net> |
| **Sent:** | Friday, April 17, 2026 12:51 PM |
| **To:** | Assistant 1 |
| **Subject:** | Ack: In re: US District Court for DC C.A. No. 1:25-cv-00837-ACR Hutan Taghavi v. The Islamic Republic of Iran, et al. |

### RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| Categories | Message Details | |
|---|---|---|
| **To:** | <iran@un.int> <info@mfa.gov.ir> | |
| **Cc:** | <jeffrey@jdkatz.com> | |
| **Subject:** | In re: US District Court for DC C.A. No. 1:25-cv-00837-ACR Hutan Taghavi v. The Islamic Republic of Iran, et al. | |
| **Received by RMail:** | (UTC) 04/17/2026 04:50:30 PM | (Local) 04/17/2026 12:50:30 PM |
| **Tracking Number:** | 315C3B1891B49722FB839386B448AE35EFF3A0A6 | |
| **Client Code:** | | |
| **Features Used:** | | |

**Notes:**
1. *UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com. An RPost® Technology

EXHIBIT A